STATE v. HARRIS

No. 24.

Case below: 43 N.C. App. 346.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 December 1979.

STATE v. JOHNSON

No. 91 PC.

Case below: 43 N.C. App. 228.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 November 1979.

STATE v. JONES

No. 106 PC.

Case below: 43 N.C. App. 619.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 November 1979.

STATE v. LINVILLE

No. 83 PC.

No. 38 (Spring Term).

Case below: 43 N.C. App. 204.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 December 1979.

STATE v. MAYNARD

No. 94 PC.

Case below: 42 N.C. App. 257.

Application by defendant for further review denied 4 December 1979.